UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                        Plaintiff,

            -against-

LOCAL HOOPS, LLC, et al.,

                        Defendants.

24-CV-9690 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

By December 17, 2025, the parties shall meet, confer, and propose three separate two-week periods for trial between February and August of 2026.


            SO ORDERED.

Dated: December 10, 2025
        New York, New York

_____
        ARUN SUBRAMANIAN
      United States District Judge